THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN PLEASANT, Appellant. [929 NYS2d 855]—

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. The evidence supports inferences that defendant intended to forcibly steal property while aided by others, and that the victims were physically injured in the course of an attempt to take property. Concur—Andrias, J.P., Sweeny, Moskowitz, Richter and Román, JJ.